AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| American Civil Liberties Union | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-cv-01987 |
| Administration for Children and Families | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Administration for Children and Families
>330 C Street, SW
>Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Brigitte Amiri
>American Civil Liberties Union Foundation
>125 Broad Street, 18th Floor
>New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/17/2016

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-01987

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Administration for Children and Families__
was received by me on *(date)* __03/18/2016__ .

☐ I personally served the summons on the individual at *(place)* _____
  _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: As set out by Rule 4(i) of the Federal Rules of Civil Procedure, I served the summons and complaint on March 22, 2016 by certified mail upon the United States and the defendant at the following addresses: Civil Process Clerk, US Attorney's Office, 86 Chambers Street, 3rd Floor, New York, NY 10007; Attorney General Loretta Lynch, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001; Administration for Children and Families, 330 C Street, SW, Washington, DC 20201.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/23/16__

*Server's signature*

Anna Krist, American Civil Liberties Union, Legal Assistant
*Printed name and title*

125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:



**Receipt 1** (7015 0640 0002 9446 7971)
- Certified Mail Fee: $3.45
- Return Receipt (electronic): $2.80
- Postage: $2.52
- Total Postage and Fees: $8.77
- Sent To: Administration for Children and Families
- 330 C Street, SW
- Washington, D.C. 20201
- Postmark: MAR 2016, RFP

**Receipt 2** (7015 0640 0002 9446 7957)
- Certified Mail Fee: $3.45
- Return Receipt (electronic): $2.80
- Postage: $.98
- Total Postage and Fees: $7.67
- Sent To: Civil Process Clerk, U.S. Attorney's Office
- 86 Chambers Street, 3rd Floor
- New York, NY 10007
- Postmark: MAR 2016, RFP

**Receipt 3** (7015 0640 0002 9446 7964)
- Certified Mail Fee: $3.45
- Return Receipt (electronic): $2.80
- Postage: $.98
- Total Postage and Fees: $7.67
- Sent To: Attorney General Loretta Lynch
- 950 Pennsylvania Ave., NW
- Washington, D.C. 20530-0001
- Postmark: MAR 22 2016, RFP